**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                           :
                                                    :
                  Government,               :     24 CR. 74 (RMB)
                                                    :
      - against -                                  :     **ORDER**
                                                    :
                                                    :
RAHEEM WALLACE,                                     :
                                                    :
                  Defendant.                :
-------------------------------------------------------------x

       The status conference scheduled for Wednesday, March 13, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: March 7, 2024
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                     U.S.D.J.