**Donald D. duBoulay**     305 Broadway, Suite 602
  Attorney at Law          New York, NY 10007

Telephone: (212) 966-3970
Fax:       (212) 941-7108
E-mail:    dondubesq@aol.com

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



The sentence is adjourned to 6/4/24 at 10:00 am.
Defense submission is due 5/21/24.
Government submission is due 5/28/24.

SO ORDERED:
Date: 5/16/24
Richard M. Berman, U.S.D.J.

      Re: United States v. Raheem Wallace
          24 Cr. 074 (RMB)

Dear Judge Berman:

      I represent Raheem Wallace in the above referenced matter. This matter is scheduled for a sentencing hearing on May 29, 2024. I write to respectfully request a brief adjournment of the sentencing hearing.

      As a result of the inability of my client to obtain certain documents necessary for inclusion in the sentence memorandum, and other scheduling issues which has not permitted me to review the final presentence report with my client, the defense is not prepared to submit a sentencing memorandum at this time.

      I therefore respectfully request that the sentencing in this matter be adjourned for thirty days or to a date convenient to the court.

      The government takes no position on the request. The requested adjournment is necessary in order for the defense to obtain and review previously requested documents, and letters in support of Mr. Wallace and, to review said materials with Mr. Wallace.

                                                    Respectfully submitted,
                                                            /s/
                                                     Donald D. duBoulay

cc: Benjamin M. Burkett, AUSA (via ECF)