UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        -against-

RAHEEM WALLACE,
                        Defendant.
-------------------------------------------------------------X

**ORDER**

24 Cr 74

For the reasons stated on the record today, the defendant is hereby remanded.

Dated: New York, New York
       June 4, 2024

                                                    RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/24