**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Government, | :   24 CR. 74 (RMB) |
| | : |
| - against - | :   **ORDER** |
| | : |
| | : |
| RAHEEM WALLACE, | : |
| | : |
| Defendant. | : |

---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, August 5, 2025 at 12:00 P.M. will take place in Courtroom 17B.

Dated: July 30, 2025
New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.