**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                24 CR. 74 (RMB)

    - against -                      **ORDER**

RAHEEM WALLACE,

                Defendant.
-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 10, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 3, 2025
       New York, NY

                                        RICHARD M. BERMAN
                                            U.S.D.J.