**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,        24 CR. 74 (RMB)

    - against -                        **ORDER**

RAHEEM WALLACE,

                Defendant.
---------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, October 7, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: October 1, 2025
       New York, NY

                                                  _Richard M. Berman_
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.