**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                        Government,             :        24 CR. 74 (RMB)
                                                :
            - against -                         :        **ORDER**
                                                :
                                                :
RAHEEM WALLACE,                                 :
                                                :
                        Defendant.              :
-------------------------------------------------------------x


       The supervised release hearing scheduled for Tuesday, November 18, 2025 at 10:00 A.M. will take place in Courtroom 17B.


Dated: November 12, 2025
     New York, NY


                  _____
                   RICHARD M. BERMAN
                     U.S.D.J.