**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :
                                                   :
                               Government,         :          24 CR 74 (RMB)
                                                   :
              - against -                          :          **ORDER**
                                                   :
                                                   :
RAHEEM WALLACE,                                    :
                                                   :
                               Defendant.          :
-------------------------------------------------------------x


        The supervised release hearing scheduled for Monday, January 5, 2026 at 10:00 A.M. will take place in Courtroom 17B.


Dated: December 29, 2025
      New York, NY


_____
      **RICHARD M. BERMAN**
           **U.S.D.J.**