**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :

                                Government,   :        24 Cr. 74 (RMB)

                        - against -           :        **ORDER**

                                              :

RAHEEM WALLACE,                               :

                                Defendant.    :
------------------------------------------------------------x

The supervised release hearing scheduled for February 4, 2026 at 9:30 A.M. will take place in Courtroom 17B.

Dated: January 29, 2026
        New York, NY


_____
**RICHARD M. BERMAN**
**U.S.D.J.**