**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                                                   :

                  Government,        :        24 Cr. 74 (RMB)

                                                   :

      - against -                            :        **ORDER**

                                                   :

RAHEEM WALLACE,                                    :

                                                   :

                Defendant.        :

-------------------------------------------------------------------x

The supervised release hearing is scheduled for March 19, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 11, 2026
      New York, NY

                                **RICHARD M. BERMAN**
                                    **U.S.D.J.**