**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                        Government,        :        24 Cr. 074 (RMB)

       - against -                                :        **ORDER**

RAHEEM WALLACE,                                    :

                   Defendant.          :
-------------------------------------------------------------------x

The supervised release hearing previously scheduled for March 19, 2026 at 11:00 AM is

adjourned to March 26, 2026 at 1:00 p.m. in courtroom 17B.

Dated: March 16, 2026
     New York, NY

                                        *RMB*
                        _____
                          **RICHARD M. BERMAN**
                            **U.S.D.J.**