**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                            :
                                                     :
                                  Government,        :        24 Cr. 74 (RMB)
                                                     :
              - against -                            :        **ORDER**
                                                     :
                                                     :
RAHEEM WALLACE,                                      :
                                                     :
                                  Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing scheduled for March 26, 2026 at 1:00 P.M. will take place on Microsoft Teams. The Court will send the link by email.

Dated: March 19, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**