**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　Government,　　　　　　　:　　　　24 Cr. 74 (RMB)

　　　　　　　　　　　　　　　　　　　　　:

　　　- against -　　　　　　　　　　　　　:　　　　**ORDER**

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

RAHEEM WALLACE,　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　Defendant.　　　　　　　:
--------------------------------------------------------------x


The supervised release hearing previously scheduled for May 4, 2026 at 9:00AM is rescheduled to April 30, 2026 at 2:00PM Microsoft Teams. The Court will send the link by email.


Dated: April 30, 2026.
　　　New York, NY



_____
**RICHARD M. BERMAN**
**U.S.D.J.**