**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,         :
            :

            Government,    :     24 CR. 74 (RMB)
            :

     - against -      :     **ORDER**
            :

RAHEEM WALLACE,        :
            :

          Defendant.   :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, May 27, 2026 at

10:00 A.M.

The court will send the link via email.


Dated: May 21, 2026
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**