**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                          :

               Government,      :        24 CR. 74 (RMB)

                          :

       - against -          :        **ORDER**

                          :

RAHEEM WALLACE,            :

                          :

            Defendant.      :
---------------------------------------------------------------x

        The supervised release hearing is scheduled for Wednesday, July 1, 2026 at

10:00 A.M.

        The court will send the link via email.


Dated: June 24, 2026
       New York, NY


                             **RICHARD M. BERMAN**
                                **U.S.D.J.**