**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

RAHEEM WALLACE,

Defendant.

--------------------------------------------------------------x

24 CR. 74 (RMB)

**ORDER**

The supervised release hearing is scheduled for Wednesday, September 2, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: August 26, 2026
New York, NY



**RICHARD M. BERMAN**
**U.S.D.J.**