**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 Cr. 74 (RMB)

\- against - : **ORDER**

RAHEEM WALLACE, :

Defendant. :

--------------------------------------------------------------x

The supervised release hearing previously scheduled for September 24, 2026 at 9:00AM is rescheduled to September 23, 2026 at 2:00PM on Microsoft Teams. The Court will send the link by email.

Dated: Sept. 22, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**