**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 CR. 74 (RMB)

- against - : **<u>ORDER</u>**

RAHEEM WALLACE, :

Defendant. :

-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 21, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: October 16, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**